UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GREGORY RYAN WEBB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:23-cv-00032 |
| LEWANA CASTILLO WEBB, et al., | ) ) ) |
| Defendants. | ) |

# ORDER

Gregory Ryan Webb filed several pro se civil rights cases within a few months of each other from the Cumberland County Jail. In this case, he filed a complaint (Doc. No. 1), an application to proceed as a pauper (Doc. No. 2), and a motion for extension of time to amend the complaint. (Doc. No. 4). On July 3, 2023, the Court denied Plaintiff's application to proceed as a pauper based on the "three-strikes" provision of 28 U.S.C. § 1915(g). (Doc. No. 5). At that time, the Court warned Plaintiff that this case would be dismissed if he did not pay the full filing fee of $402 within 30 days. (Id. at 2).

The 30-day deadline has passed, and Plaintiff has not paid the fee. Accordingly, this case is **DISMISSED** without prejudice for failure to prosecute and failure to pay the filing fee. Fed. R. Civ. P. 41(b). Plaintiff's pending motion (Doc. No. 4) is **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE